NEXTPOINT, INC., Plaintiff-Appellant

v.

HEWLETT-PACKARD COMPANY, Hewlett Packard Enterprise, HP Inc., Defendants-Appellees

2016-2312

United States Court of Appeals, Federal Circuit.

March 14, 2017

MATTHEW TOPIC, Loevy & Loevy, Chicago, IL, argued for plaintiff-appellant.

BARRY KENNETH SHELTON, Shelton IP Law, PC, Austin, TX, argued for defendants-appellees. Also represented by BRIAN CHRISTOPHER NASH, DAVID NICHOLAS PATARIU, Pillsbury Winthrop Shaw Pittman LLP, Austin, TX.

---

(Lourie, O'Malley, and Taranto, Circuit Judges ).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.